# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) |
| v. | ) |
| | ) Case No. 2:18-MJ-0256 AC |
| Benjamin Gilbert | ) |
| | ) |
| Defendant | ) |

**FILED**
DEC 20 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Benjamin Gilbert

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(a)(1): Distribution and conspiracy to distribute and possess with intent to distribute at least 10 grams of a mixture and substance containing a detectable amount of Lysergic Acid Diethylamide (LSD)

21 U.S.C. §§ 846 and 841(a)(1): Distribution and conspiracy to distribute and possess with intent to distribute 3 4 Methylenedioxymethamphetamine (MDMA)

Date: 12/13/18

_____
*Issuing officer's signature*

City and state: Sacramento, California

Allison Claire, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/14/18, and the person was arrested on *(date)* 12/18/18
at *(city and state)* S. LAKE TAHOE, CA

Date: 12/19/18

_____
*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*