MCGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN GILBERT,<br><br>    Defendant. | CASE NO. 2:18-MJ-00256-AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: April 4, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

     Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney CAMERON L. DESMOND, and defendant BENJAMIN GILBERT, both individually and by and through his counsel of record, DINA SANTOS, hereby stipulate as follows:

     1.    The Complaint in this case was filed on December 14, 2018, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on December 19, 2018. The court set a preliminary hearing date of January 2, 2019, which was subsequently continued by stipulation to April 4, 2019.

     2.    By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 2, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case.

The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between April 4, 2019, and May 2, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: March 28, 2019        McGREGOR W. SCOTT
                             United States Attorney

                             /s/ CAMERON L. DESMOND
                             CAMERON L. DESMOND
                             Assistant United States Attorney

Dated: March 28, 2019        /s/ DINA SANTOS
                             DINA SANTOS
                             Counsel for Defendant
                             Benjamin Gilbert

STIPULATION                               2