1  McGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

AFR 11 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2: 1 9 - CR - 0 0 6 8 MCE

12                        Plaintiff,       21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to
                                           Distribute and to Possess with Intent to Distribute
13                   v.                    LSD, MDMA, and Marijuana; 21 U.S.C. § 841(a)(1)
                                           – Possession with Intent to Distribute Cocaine; 21
14  BENJAMIN GILBERT,                      U.S.C. § 853(a) – Criminal Forfeiture

15                        Defendant.

16

17                    I N F O R M A T I O N

18  COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to
                    Distribute LSD, MDMA, and Marijuana]
19

20       The United States charges: T H A T

21                    BENJAMIN GILBERT,

22  defendant herein, between on or about June 1, 2014, and continuing through on or about December 18,

23  2018, in Placer and Nevada Counties, State and Eastern District of California, and elsewhere, did

24  knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jury to

25  distribute and to possess with intent to distribute Lysergic Acid Diethylamide (LSD), 3.4-

26  Methylenedioxymethamphetamine (MDMA), and Marijuana, Schedule I Controlled Substances, in

27  violation of Title 21, United States Code, Sections 846 and 841(a)(1).

28  / / /

INFORMATION                          1

1  COUNT TWO: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine]

2        The United States further charges: T H A T

3                            BENJAMIN GILBERT,

4  defendant herein, on or about December 18, 2018, in Placer County, State and Eastern District of

5  California, did knowingly and intentionally possess with intent to distribute a mixture and substance

6  containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21,

7  United States Code, Section 841(a)(1).

8  FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

9        1.    Upon conviction of one or more of the offenses alleged in Counts One and Two,

10  defendant BENJAMIN GILBERT shall forfeit to the United States pursuant to Title 21, United States

11  Code, Section 853(a), the following property:

12            a.    All right, title, and interest in any and all property involved in violations of Title

13  21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which the

14  defendant is convicted, and all property traceable to such property, including the following: all real or

15  personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a

16  result of such offenses; and all property used, or intended to be used, in any manner or part to commit or

17  to facilitate the commission of the offenses.

18            b.    A sum of money equal to the total amount of proceeds obtained as a result of the

19  offenses, or conspiracy to commit such offenses, for which the defendant is convicted.

20        2.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One and

21  Two of this Information, for which the defendant is convicted:

22            a.    cannot be located upon the exercise of due diligence;

23            b.    has been transferred or sold to, or deposited with, a third party;

24            c.    has been placed beyond the jurisdiction of the Court;

25            d.    has been substantially diminished in value; or

26            e.    has been commingled with other property which cannot be divided without

27                  difficulty;

28  / / /

INFORMATION                                    2

1    it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

2    forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture.

3    Dated: April 11, 2019              McGREGOR W. SCOTT

4                                  United States Attorney

5                    By: _____

6                                 CAMERON L. DESMOND

                                 Assistant United States Attorney

**United States v.  Benjamin Gilbert**
**Penalties for Information**

**COUNT 1:**

VIOLATION:    21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute LSD, MDMA, and
Marijuana

PENALTIES:    A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**

VIOLATION:    21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine

PENALTIES:    A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)