# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
APR 15 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:19-CR-00068 MCE |
| | ) | |
| BENJAMIN GILBERT | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/15/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Dina Santos
*Printed name of defendant's attorney*

_____
*Judge's signature*

Kendall J. Newman, United States Magistrate Judge
*Judge's printed name and title*