Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
BENJAMIN GILBERT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>BENJAMIN GILBERT,<br>           Defendant | CASE NO.  19-0068 MCE<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND CONTINUE J&S 10/1/20 AT 10:00 A.M. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Cameron Desmond, and Defendant, BENJAMIN GILBERT, by and through his counsel, Dina L. Santos, agree and stipulate to reset the briefing schedule and set Judgement and Sentencing to October 1, 2020, at 10:00 a.m., in the above-captioned matter.  The briefing schedule will be reset as follows:

1

| | |
|---|---|
| Judgment and Sentencing Date: | October 1, 2020 |
| Reply, or Statement of Non-Opposition: | September 24, 2020 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 17, 2020 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 3, 2020 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 20, 2020 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  June 8, 2020                                    McGregor Scott
                                                        United States Attorney


                                                         /s/ Cameron Desmond
                                                        CAMERON DESMOND
                                                        Assistant United States Attorney


Dated:  June 8, 2020                                    /s/   Dina L. Santos
                                                        DINA L. SANTOS, ESQ.
                                                        Attorney for Benjamin Gilbert

**ORDER**

IT IS SO ORDERED.

Dated: June 9, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE