1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160

4

5  Attorney for:
   BENJAMIN GILBERT
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,                CASE NO.  19-0068 MCE
12
                       Plaintiff,           STIPULATION AND ORDER TO RESET
13                                          BRIEFING SCHEDULE AND CONTINUE J&S
                v.                          11/5/20 AT 10:00 A.M.
14
   BENJAMIN GILBERT,
15                     Defendant

16

17

18

19
                                  **STIPULATION**
20

21    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney

22 Cameron Desmond, and Defendant, BENJAMIN GILBERT, by and through his counsel, Dina L.

23

24 Santos, agree and stipulate to reset the briefing schedule and set Judgement and Sentencing to November

25 5, 2020, at 10:00 a.m., in the above-captioned matter.  The briefing schedule will be reset as follows:

26

27

28
                                         1

| | |
|---|---|
| Judgment and Sentencing Date: | Nov. 5, 2020 |
| Reply, or Statement of Non-Opposition: | Oct. 29, 2020 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | Oct. 22, 2020 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Oct. 15, 2020 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Oct. 8, 2020 |
| **Presentence Report shall be prepared and disclosed to Counsel** | Sept 24, 2020 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 27, 2020

McGregor Scott
United States Attorney

 /s/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney

Dated: July 27, 2020

/s/   Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for Benjamin Gilbert

**ORDER**

IT IS SO ORDERED.

Dated: August 6, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE