Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
BENJAMIN GILBERT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN GILBERT,<br>　　　　　　　Defendant | CASE NO. 19-0068 MCE<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND CONTINUE J&S 12/17/20 AT 10:00 A.M. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Cameron Desmond, and Defendant, BENJAMIN GILBERT, by and through his counsel, Dina L. Santos, agree and stipulate to reset the briefing schedule and set Judgement and Sentencing to December 17, 2020, at 10:00 a.m., in the above-captioned matter. The Probation Officer has been advised of the new schedule. The briefing schedule will be reset as follows:

1

| | |
|---|---|
| Judgment and Sentencing Date: | December 17, 2020 |
| Reply, or Statement of Non-Opposition: | December 10, 2020 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 03, 2020 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 26, 2020 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 19, 2020 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | November 05, 2020 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  September 3, 2020             McGregor Scott
                                      United States Attorney

                                       /s/ Cameron Desmond
                                       CAMERON DESMOND
                                       Assistant United States Attorney


Dated:  September 3, 2020             /s/   Dina L. Santos
                                      DINA L. SANTOS, ESQ.
                                      Attorney for Benjamin Gilbert

**ORDER**

IT IS SO ORDERED.

Dated:  September 4, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE