Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
BENJAMIN GILBERT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN GILBERT,<br><br>　　　　　　　　Defendant | CASE NO.  19-0068 MCE<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND CONTINUE J&S 4/8/21 AT 10:00 A.M. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Cameron Desmond, and Defendant, BENJAMIN GILBERT, by and through his counsel, Dina L. Santos, agree and stipulate to reset the briefing schedule and set Judgement and Sentencing to April 8, 2021, at 10:00 a.m., in the above-captioned matter. The Probation Officer has been advised of the new schedule. The briefing schedule will be reset as follows:

1

| | |
|---|---:|
| Judgment and Sentencing Date: | April 8, 2021 |
| Reply, or Statement of Non-Opposition: | April 01, 2021 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 25, 2021 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 18, 2021 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 11, 2021 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | Feb. 25, 2021 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 25, 2021

McGregor Scott
United States Attorney

 /s/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney

Dated: February 25, 2021

/s/   Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for Benjamin Gilbert

**ORDER**

Dated: March 1, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE