Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Benjamin Gilbert

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BENJAMIN GILBERT,<br>　　　　　　　　Defendant. | CASE NO. 19-0068 MCE<br><br>**DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AND CONSENT TO APPEAR VIA VIDEO TELECONFERENCE**<br><br>DATE: June 10, 2021<br>TIME: 10:00 A.M.<br>JUDGE: Hon. Morrison C. England, Jr. |

　　　　Pursuant to the CARES Act Section 15002(b), BENJAMIN GILBERT, by and through his Counsel of Record, Dina L. Santos, consents to proceed with Judgement and Sentencing via video teleconference.  Counsel has advised Mr. Gilbert of his right to be personally present for this hearing and also discussed waiving her personal appearance and appearing via video teleconference.  Mr. Gilbert waives his right to personally appear for Judgement and Sentencing on June 10, 2021, and consents to appear by video teleconference.

///

///

///

//

///

///

1

As Counsel for Mr. Gilbert, I agree and consent to Mr. Gilbert's appearance by video teleconference.

Respectfully,

Dated:  June 8, 2021            /s/ Dina L. Santos
                                         DINA L. SANTOS, Attorney for
                                         BENJAMIN GILBERT

Dated:  June 8, 2021            /s/ Benjamin Gilbert
                                         CLIENT

## ORDER

IT IS SO ORDERED.

Dated:  June 14, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE