PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00068-MCE |
| Plaintiff, | STIPULATION AND ORDER TO VACATE SENTENCE AND SET RESENTENCING |
| v. | DATE: July 8, 2021 |
| BENJAMIN GILBERT, | TIME: 10:00 a.m. |
| Defendants. | COURT: Hon. Morrison C. England, Jr. |

The defendant, Benjamin Gilbert, was sentenced on June 10, 2021 to 63 months in prison. Judgement was entered on June 11, 2021. Since then, while reviewing the guideline calculations for Gilbert's co-defendant, Amerika Mobley,[1] the government became aware that there was an error in the guideline calculation for both Mobley and Gilbert. Specifically, the PSR incorrectly converted each milliliter of LSD dissolved in a liquid solvent into one gram of LSD. For example, it found that 21.4 milliliters of liquid containing LSD equated to 21.4 grams of pure LSD. This is clearly incorrect.

The parties therefore hereby agree and stipulate as follows:

1. Pursuant to the United States Sentencing Guidelines, where the weight of LSD is not known, the converted drug weight is calculated by multiplying the dosage unit times the typical weight for each dose. U.S.S.G §2D1.1 Application Note 9. Note G to the Drug

---

[1] 02:19-cr-00055-JAM. Mobley was charged by separate information in the same conspiracy. The government filed a motion to relate the cases, but Judge Mendez chose not to relate the cases.

Quantity Table states that the typical weight of LSD per dose as .4 milligrams.

2. The quantities of drugs attributable to the defendant through the conspiracy are delineated in the factual basis to the plea agreement and should control in this case.

3. Those quantities and their conversions are as follows:

    a. 31,000 DUs LSD = 1,240 KG converted drug weight

    b. 1 gram crystalline LSD = 100 KG converted drug weight

    c. 1,649 grams powder MDMA = 824.5 KG converted drug weight

    d. 39 kilograms marijuana = 39 KG converted drug weight

    e. 453 grams cocaine = 90.6 kg

    f. Total = 2,294.10 kg converted drug weight

4. The total converted drug weight results in a Base Offense Level of 30 (1,000-3,000 kg converted drug weight). U.S.S.G. 2D1.1(c)(5).

Because the defendant has already been sentenced, and because 14 days have not yet passed since judgement was entered, the parties agree that Federal Rule of Criminal Procedure 35 provides the best vehicle for correcting this error. *See* Fed. R. Crim. P. 35 ("Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error.") The parties therefore stipulate and request that the Court vacate the sentence imposed on June 10, 2021, and set this matter for resentencing on July 8, 2021, using the above-stipulated Base Offense Level.

Dated: June 22, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: June 22, 2021

/s/ Dina Santos
Dina Santos
Counsel for Defendant
BENJAMIN GILBERT

**FINDINGS AND ORDER**

For the reasons stated in the parties' stipulation, and good cause having been shown,

IT IS HEREBY ORDERED that pursuant to Federal Rule of Criminal Procedure 35, the judgment and sentence in the above-captioned matter is hereby VACATED within 14 days of the original judgment, and this matter is set for re-sentencing on July 8, 2021.

Dated: June 25, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE